360 A.2d 669

Roth et al., Appellants, v. Loyal Protective Life
Insurance Company.

Argued June 16, 1976. Alfred J. Tagliaferri, with him William M. Adshead, for appellants; Murray S. Levin, with him Sam L. Warshawer, Jr., for appellee.

Judgment affirmed.

360 A.2d 650

Scott v. Bryn Mawr Arms, Inc., et al., Appellants.
Scott v. John Scott Development Company, Inc.,
et al., Appellants.

Argued June 18, 1976. William P. O'Neill, with him John R. Graham, for appellants; Walter T. ReDavid, for appellee.

Decree affirmed.